**Order entered August 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01411-CR

**TRACY SWIMS, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30583-N**

## ORDER

The Court **REINSTATES** the appeal.

On July 28, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed Julie Woods; (3) Ms. Woods's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Woods requested thirty days from the August 5, 2014 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 4, 2014**. Because appellant's brief is already three months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will order Julie Woods and the Dallas County Public

Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Julie Woods; and the Dallas County District Attorney's Office.


/s/     LANA MYERS
         JUSTICE